## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02817-RPM

DANIEL JONES,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.
_____

## ORDER VACATING ORDERS
_____

      This civil action having been reassigned to enable a coordinated case management with the other civil actions pending before this Court on the same subject matter and in anticipation of a conference in all five civil actions to enable a coordinated case management order, it is

      ORDERED that the order of reference to Magistrate Judge Craig B. Shaffer is vacated and the orders entered by Magistrate Judge Shaffer on March 1, 2012, are vacated.

      Dated: April 23rd, 2012.

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge