IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02817-RPM

DANIEL JONES,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR REMAND

The Defendant proposes a voluntary remand for the purpose of reconsidering its decision in light of guidance provided by this Court's order dated December 13, 2013, in the related action, *Kevin Stringer et al. v. United States of America*, Civil Action No. 11-cv-02584-RPM. Upon consideration of that request, it is

ORDERED that the administrative decision denying TSGLI benefits for Plaintiff Daniel Jones is vacated and this matter is remanded to the United States Army for further consideration.

Dated: January 22, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge