IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02817-RPM

DANIEL JONES,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT

Pursuant to the Order of Remand entered today by Senior District Judge Richard P. Matsch, it is

ORDERED AND ADJUDGED that the decision denying the application for benefits under TSGLI for Plaintiff Daniel Jones is vacated and this matter is remanded to the United States Army.

DATED:  January 22, 2014

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                                s/M. V. Wentz
                          By_____
                                  Deputy

Approved:

s/Richard P. Matsch
Senior Judge