IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02817-RPM

DANIEL JONES,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

## JUDGMENT FOR ATTORNEY'S FEES

---

      Pursuant to the Order Awarding Attorney's Fees entered July 17, 2014, by Senior District Judge Richard P. Matsch in *Kevin Stringer et al. v. United States of America,* Civil Action No. 11-cv-02584-RPM, it is

      ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Daniel Jones for his attorney's fees in this action.

      DATED:  July 17, 2014

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                        s/M. V. Wentz
                              By_____
                                       Deputy